ALBERT TONG (SBN 208439)
atong@maynardnexsen.com
JAMES J. HOCKEL (SBN 340612)
jhockel@maynardnexsen.com
MAYNARD NEXSEN LLP
201 California Street, Suite 400
San Francisco, CA 94111
Telephone:   415.704.7433
Facsimile:    205.254.1999

Attorneys for Defendant
KENDAL NUTRICARE USA LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALANA GUTIERREZ, individually, and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiff,<br><br>        v.<br><br>KENDAL NUTRICARE USA LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:26-cv-00073-DJC-JDP<br><br>**STIPULATION AND ORDER REGARDING AMENDED COMPLAINT, RESPONSIVE PLEADING DEADLINE**<br><br>Complaint filed:  November 19, 2025 |

-1-

## **STIPULATION**

Plaintiff Alana Gutierrez and Defendant Kendal Nutricare USA LLC ("Kendal"), by and through their undersigned counsel, hereby stipulate and agree as follows:

Whereas, on November 19, 2025, Plaintiff filed the above-captioned action in the Superior Court of the State of California for the County of El Dorado under Case No. 25CV3092.

Whereas, on December 11, 2025, Kendal was served with a copy of the Complaint and the Summons issued by the state court.

Whereas, on January 9, 2026, Kendal filed a Notice of Removal in this court, removing this action from state court to federal court.

Whereas, Plaintiff was not notified of Kendal's intent to remove her action to federal court in advance of Kendal's January 9, 2026 filing.

Whereas, pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, Kendal's deadline to file a responsive pleading is January 16, 2026.

Whereas, on January 9, 2026, this matter was assigned to the Honorable Daniel J. Calabretta and the parties were provided with a copy of Judge Calabretta's Standing Order.

Whereas, on January 14, 2026, counsel for Kendal, acting pursuant to Judge Calabretta's Standing Order I.C., sent a meet and confer letter to counsel for Plaintiff informing Plaintiff that Kendal intends to file a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure and a motion for sanctions under Rule 110 of the Local Civil Rules, Rule 11(b) of the Federal Rules of Civil Procedure, and pursuant to the Court's inherent sanction authority; explaining the bases for the forthcoming motions; and inviting further meet and confer communications by telephone to take place later that afternoon, the following day, or Friday morning.

Whereas, later that afternoon, Plaintiff's counsel sent a reply email to counsel for Kendal notifying them of Plaintiff's intent to file her First Amended Complaint or before

-2-

January 30, 2026 (twenty-one days from Plaintiffs' receipt of Kendal's Notice of Removal) and proposing that Kendal defer filing a Motion to Dismiss and a Motion for Sanctions until after the First Amended Complaint's filing and the parties have had an opportunity to conduct a substantive meet and confer regarding the operative pleading and Kendal's concerns.

NOW, THEREFORE, Plaintiff and Kendal hereby stipulate and agree as follows:

1.    Plaintiff shall file an amended complaint on or before January 30, 2026.

2.    Kendal shall file a responsive pleading to the amended complaint on or before February 13, 2026.

3.    Kendal has no obligation to file a responsive pleading to the original Complaint and shall not be deemed defaulted by its failure to file a responsive pleading within the deadline imposed by Rule 81(c)(2).

4.    The Parties' entering and filing this stipulation shall not have the effect of waiving or prejudicing any rights to bring a motion to dismiss attacking the amended complaint and a motion for sanctions pertaining to Plaintiff's actions pre-dating this stipulation and the filing of the amended complaint.  By the same token, the instant stipulation shall not waive or prejudice any party's rights to conduct meaningful meet and confer efforts to discuss Kendal's concerns under the relevant standing orders of the presiding judge and under Federal Rule of Civil Procedure 11(b)(2).

Dated:  January 15, 2026                                MAYNARD NEXSEN LLP

By:    /s/ James J. Hockel
ALBERT TONG
JAMES J. HOCKEL

Attorneys for Defendant
KENDAL NUTRICARE USA LLC

-3-

STIPULATION AND [PORDER REGARDING AMENDED COMPLAINT
AND RESPONSIVE PLEADING DEADLINE
Case No. 2:25-cv-01150-DJC-CKD

Dated:  January 15, 2026                    CAPSTONE LAW APC

                                            */s/ Cody R. Padgett*
                                     By:     (as authorized on 1/15/2026)
                                            CODY R. PADGETT
                                            SHAHIN REZVANI
                                            KATHY PHAM

                                            Attorneys for Plaintiff
                                            ALANA GUTIERREZ


**IT IS SO ORDERED.**


Dated:  January 16, 2026                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

-4-