

United States District Court
Eastern District of California

| ALANA GUTIERREZ | Case Number: | 2:26-cv-00073-DC-CSK |

Plaintiff(s)

V.

| KENDAL NUTRICARE USA LLC |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Harold William Bloom III hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Kendal Nutricare USA LLC

On ___11/03/2021___ (date), I was admitted to practice and presently in good standing in the ___Alabama  State Bar___ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:___02/13/2026___      Signature of Applicant: /s/ Harold William Bloom III

**Pro Hac Vice Attorney**

Applicant's Name: Harold William Bloom III

Law Firm Name: Maynard Nexsen PC

Address: 770 Washington Avenue

RSA Plaza, Suite 421

City: Montgomery    State: AL    Zip: 36104

Phone Number w/Area Code: (205) 254-1056

City and State of Residence: Montgomery, AL

Primary E-mail Address: wbloom@maynardnexsen.com

Secondary E-mail Address: wbloom@maynardnexsen.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: James Joseph Hockel

Law Firm Name: Maynard Nexsen LLP

Address: 201 California Street

Suite 400

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (415) 646-4704    Bar # 340612

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 20, 2026

Dena Coggins
United States District Judge